UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELL BURTON,<br><br>              Plaintiff,<br><br>     v.<br><br>ZERO WASTE BURTON,<br><br>              Defendant. | No. 1:15-CV-1562-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

Plaintiff, Lovell Burton ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on October 14, 2015. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff, Lovell Burton's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

Dated:   October 21, 2015              /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE